UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                                                    ORDER OF DISMISSAL
                                                                                          FOR
**Tronox Incorporated**                                      *FAILURE TO PROSECUTE*
                                                                          *BANKRUPTCY APPEAL*

-----------------------------------------------------X       21-CV-10886 JPC

FROM:   VITO GENNA, CLERK
                UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK

TO:         RUBY J. KRAJICK, CLERK
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                              BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Sabrina Robinson (on behalf of Michelle Brewer)
BANKRUPTCY DOCUMENT #: 9584

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

　　　　 X   FRBP 8009
　　　　___ Federal Rules of Civil Procedure (Rule _____)
　　　　 X   28 U.S.C. 1930 - the requirement to pay a filing fee
　　　　___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **July 15, 2022**                                         Vito Genna, Clerk
             New York, New York                                 U.S. Bankruptcy Court, SDNY

                                                                             By:   ____s/ Anatin Rouzeau____
                                                                                              Deputy Clerk

                                                    **ORDER**

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____July 15_____ 20 22                   _____/s/ John P. Cronan_____
             New York, New York                                     Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                Ruby J. Krajick , Clerk
                                                                                         District Court, SDNY

                                                                             By: _____
                                                                                              Deputy Clerk